ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
UNITED STATES OF AMERICA         :    INDICTMENT
                                 :
        - v. -                   :    23 Cr.
                                 :
EFREM ZELONY-MINDELL,            :    23 CRIM 011
                                 :
        Defendant.                :
                                 :
- - - - - - - - - - - - - - - - X

## COUNT ONE

**(Distribution of Child Pornography)**

The Grand Jury charges:

1.  From at least on or about May 2, 2022, up to and including at least on or about July 10, 2022, in the Southern District of New York and elsewhere, EFREM ZELONY-MINDELL, the defendant, knowingly distributed, and attempted to distribute, material that contains child pornography that had been mailed, and using a means and facility of interstate and foreign commerce shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit, ZELONY-MINDELL distributed over the internet, from Manhattan and from out of state to individuals located in Manhattan, images and videos containing child pornography.

(Title 18, United States Code, Sections 2252A(a)(2)(B),
(b)(1), and 2.)

## COUNT TWO

### (Possession of Child Pornography)

The Grand Jury further charges:

2. From at least on or about May 2, 2022, up to and including on or about December 16, 2022, in the Southern District of New York and elsewhere, EFREM ZELONY-MINDELL, the defendant, knowingly possessed and accessed with intent to view, and attempted to possess and access with intent to view, a book, magazine, periodical, film, videotape, computer disk, and other material that contained an image of child pornography that had been mailed, shipped, and transported using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit, ZELONY-MINDELL possessed in Manhattan, New York, and elsewhere, images and videos of child pornography on his cellular phone, including images and videos of prepubescent minors who had not attained 12 years of age.

(Title 18, United States Code, Sections 2252A(a)(5)(B), (b)(2), and 2.)

## COUNT THREE

### (Attempted Enticement of a Minor)

The Grand Jury further charges:

3. From at least on or about May 9, 2022, up to and including at least on or about December 15, 2022, in the Southern District of New York and elsewhere, EFREM ZELONY-MINDELL, the defendant, willfully and knowingly, using a facility and means of interstate and foreign commerce, persuaded, induced, enticed, and coerced an individual who had not attained the age of 18 years of age to engage in sexual activity for which a person can be charged with a criminal offense, and attempted to do so, to wit, ZELONY-MINDELL used computers and/or telephones to communicate with an undercover Federal Bureau of Investigations agent about arranging to engage in sexual activity with a purported nine-year-old boy and attempted to meet with the boy in Manhattan, New York, in order to engage in sexual activity.

(Title 18, United States Code, Sections 2422(b) and 2.)

**FORFEITURE ALLEGATION**

4. As a result of committing the offenses alleged in Counts One and Two of this Indictment, EFREM ZELONY-MINDELL, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any and all property, real and personal, constituting or traceable to gross profits or other proceeds obtained from said offenses and any and all property, real or personal, used or intended to be used to commit or promote the commission of said offenses or traceable to such property, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offenses.

5. As a result of committing the offense alleged in Count Three of this indictment, EFREM ZELONY-MINDELL, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428, any and all property, real and personal, constituting or derived from proceeds obtained directly or indirectly as a result of said offense, and any and all property, real and personal, that was used or intended to be used to commit or facilitate the commission of said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

4

**Substitute Assets Provision**

6. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Sections 2253 and 2428;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

FOREPERSON
1/9/23

DAMIAN WILLIAMS
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

v.

**EFREM ZELONY-MINDELL,**

**Defendant.**

---

**INDICTMENT**

23 Cr.

(18 U.S.C. §§ 2252A(a)(2)(B) & (b)(1), 2252A(a)(5)(B) & (b)(2), 2422(b), and 2.)

---

DAMIAN WILLIAMS
United States Attorney

---

Foreperson

*[signature]*
1/7/23

*[handwritten notations:]* 1-9-2023
TRUE BILL / INDICTMENT
MJ RWL
wheeled to DJ →
ENGELMEYER