UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                :
UNITED STATES OF AMERICA,         :
                :
    -v-              :      23-CR-11 (PAE)
                :
EFREM ZELONY-MINDELL,         :      <u>SCHEDULING ORDER</u>
                :
         Defendant.         :
                :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

      It is hereby ORDERED that a conference in this matter is scheduled for **January 19, 2023,** at **12:00 p.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

      SO ORDERED.

*[signature: Paul A. Engelmayer]*

Dated: January 11, 2023                    PAUL A. ENGELMAYER
       New York, New York           United States District Judge