**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

March 23, 2023

By ECF

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York

Re:  *United States v. Efrem Zelony-Mindell*, 23 Cr. 11 (PAE)

Dear Judge Engelmayer:

I write to respectfully request an adjournment of the March 29, 2023 conference in this matter for approximately 60 days. The Government consents. I make this adjournment request—my first—because I require additional time to complete review of discovery and provide the Government with a mitigation submission in aid of attempting to reach a resolution that would obviate the need for a trial. I have been working expeditiously toward completing that submission but have not yet done so.

Should the Court grant an adjournment, I consent to an exclusion of time under the Speedy Trial Act until the adjourn date. I will submit to Chambers a proposed order excluding time. Thank you for your attention to this matter.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc:   Lisa Daniels, Esq.
      Assistant United States Attorney

**GRANTED.** The Court adjourns the next conference until **May 17, 2023** at **11:00 a.m.**, to enable the defense to prepare and the Government to consider mitigation submissions, and to enable the parties to discuss a potential disposition. The Court excludes time until the next conference, pursuant to 18 U.S.C. § 3161(h)(7)(A), for these purposes. The parties should not expect another adjournment of this conference. The Clerk of Court is requested to terminate the motion at Dkt. No. 11.

3/24/2023

SO ORDERED.

*[signature]*
PAUL A. ENGELMAYER
United States District Judge