

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 14, 2023

**BY ECF**
The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *United States v. Efrem Zelony-Mindell*, 23 Cr. 11 (PAE)

Dear Judge Engelmayer:

The Government respectfully submits this letter to request an adjournment of the conference scheduled for May 17, 2023 at 11:00 a.m. in the above-referenced case until May 30, 2023. The Government requests also that time be excluded from the date of this letter through May 30, 2023, to permit the defense to review discovery and for the parties to engage in discussions regarding a potential pre-trial resolution in this case. The Government submits that an exclusion of time is in the interest of justice for the reasons stated above. The Government has conferred with defense counsel who has informed the Government that the defense consents to the exclusion of time.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Lisa Daniels
Assistant United States Attorney
Southern District of New York
Tel: (212) 637-2955

**GRANTED.** The conference is adjourned to May 30, 2023 at 10:00 a.m. The Court excludes time until May 30, 2023, pursuant to 18 U.S.C. 3161(h)(7)(A), for the reasons stated. The Clerk of Court is requested to terminate the motion at Dkt. No. 13.

SO ORDERED.            4/17/2023

_____
PAUL A. ENGELMAYER
United States District Judge