

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 23, 2023

**BY ECF**
The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

  Re: *United States v. Efrem Zelony-Mindell*, 23 Cr. 11 (PAE)

Dear Judge Engelmayer:

  The parties respectfully submit this letter to request an adjournment of the conference scheduled for May 30, 2023 at 10:00 a.m. in the above-referenced case. On Friday, May 19, 2023, counsel for the defendant submitted a mitigation request, which the Government is reviewing. To allow time for consideration of the request and further discussions regarding a potential pre-trial resolution in this case, the parties respectfully request an adjournment of 45 days. The Government submits that an exclusion of time is in the interest of justice for the reasons stated above. The Government has conferred with defense counsel who has informed the Government that the defense consents to exclusion of time.

            Respectfully submitted,

            DAMIAN WILLIAMS
            United States Attorney

         By: _____
            Lisa Daniels
            Assistant United States Attorney
            Southern District of New York
            Tel: (212) 637-2955

**GRANTED.** The conference is adjourned until July 19, 2023 at 11:00 a.m. The Court, on consent, excludes time until the next conference to enable the parties to continue discussing a potential disposition, pursuant to 18 U.S.C. 3161(h)(7)(A). The parties should not expect any further extensions. The Clerk of Court is requested to terminate the motion at Dkt. No. 15.

    SO ORDERED.    5/24/2023

         _____
         PAUL A. ENGELMAYER
         United States District Judge